IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN A. SCHWARTZMILLER,

    Plaintiff,               No. CIV S-08-1001 JAM KJM P

    vs.

JERRY BROWN, et al.,

    Defendants.          ORDER

_____/

        On February 6, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed January 22, 2009 dismissing plaintiff's complaint with leave to amend. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 22, 2009 is affirmed.

DATED: February 18, 2009

                                          /s/ John A. Mendez
                                          UNITED STATES DISTRICT JUDGE

schw1001.850